The petition is granted.

**Grant L. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

**No. 05–3041.**

United States Court of Appeals, Federal Circuit.

Feb. 22, 2005.

### ORDER

Order Vacated, See 2005 WL 725353.

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.